UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 23-cr-169 (JNE/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Kristopher Raphael Owens, | |
| Defendant. | |

This matter comes before the Court on Defendant Kristopher Raphael Owens's Motion to Reschedule Motion Hearing and for More Time, ECF No. 29. Defendant has also filed a Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act, ECF No. 30.

Defendant requests that the Court continue the August 29, 2023 motions hearing for approximately 60 days as he "needs more time to confer with counsel and for defense counsel to confer with the [G]overnment in the hopes of reaching a resolution to the case." ECF No. 29 at 1. The Government has no objection to the requested continuance.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and his counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

1

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Reschedule Motion Hearing and for More Time, ECF No. 29, is **GRANTED**.

2. The period of time from **the date of this Order through November 7, 2023,** shall be excluded from Speedy Trial Act computations in this case.

3. The motions hearing, ECF No. 27, is **CONTINUED** and shall now take place before the undersigned on **November 7, 2023, at 9:30 a.m.**, in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota. *See* D. Minn. LR 12.1(d).

4. **TRIAL: The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Joan N. Ericksen to confirm the new trial date.**

Dated: August __25__, 2023             *s/ Tony N. Leung*
                                       TONY N. LEUNG
                                       United States Magistrate Judge
                                       District of Minnesota

                                       *United States v. Owens*
                                       Case No. 23-cr-169 (JNE/TNL)